THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL SATELLITE SPORTS, INC. | * |
| Plaintiff | * |
| vs. | * |
| EDWARD T. CORCORAN, individually and t/a SMILEY'S & NANCY'S | *  Civil No.  H02CV0132 |
| and | * |
| NANCY L. CORCORAN, individually and t/a SMILEY'S & NANCY'S, | * |
| Defendants | * |

\*       \*       \*\*\*       \*       \*

### STIPULATION

It is stipulated and agreed between the parties that the time for answering the Plaintiff's Interrogatories, Requests for Production of Documents, and Request for Admission of Fact be extended thirty (30) days, or until March 22, 2002.

This extension will not interfere with any time set for completion of discovery, for hearing of a motion or for trial.

_____
Aron Raskas
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Attorney for Plaintiff

_____
Marcus W. Corwin
Marcus W. Corwin, P.A.
7777 Glades Road, Suite 208
Boca Raton, FL  33434
Attorney for Plaintiff

_____
Phillip M. Sutley
116 West Mulberry Street
Baltimore, Maryland  21201-3687
(410)  727-2040
Attorney for Defendants

APPROVED this 20th day of Feb., 2002

_____
Senior United States District Judge