IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 12 P 3: 50

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | | |
|---|---|---|
| NATIONAL SATELLITE SPORTS, INC. | * | |
| Plaintiff | * | |
| vs. | * | CIVIL NO. H-02-132 |
| EDWARD T. CORCORAN, et al. | * | |
| Defendants | * | |

\*   \*   \*   oOo   \*   \*   \*

## O R D E R

This Court having been advised by counsel for the parties that the above action has been settled, including all counter-claims, cross-claims and third-party claims, if any,

IT IS ORDERED pursuant to Local Rule 111.1 that this action is hereby dismissed with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause shown within 30 days to reopen this action if settlement is not consummated. If no such motion is filed within 30 days, the dismissal of this action is with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall serve

5

copies of this Order, by United States mail, upon the attorneys of record for the parties appearing in this case.

                                                     */s/ Alexander Harvey II*
                                              Senior United States District Judge

DATED:   July 12, 2002